**LAW OFFICE OF GINA R. KLUMP**
Gina R. Klump (State Bar No. 257753)
30 5th Street, Suite 200
Petaluma, CA 94952
Telephone: (707) 778-0111

Attorney for Debtors
Paul Byatt Claeyssens and JoAnn Claeyssens

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re : <br><br> PAUL BYATT CLAEYSSENS and <br> JOANN CLAEYSSENS, <br><br> Debtor. <br> _____ | ) Case No.: 19-10241 RLE <br> ) Chapter 11 <br> ) <br> ) **AMENDED OMNIBUS MOTION TO AVOID** <br> ) **JUDICIAL LIENS UNDER 11 USC SECTION** <br> ) **522(f)** <br> ) <br> ) DATE: November 16, 2020 <br> ) TIME: 11:00 am <br> ) PLACE: Via Zoom Videoconference (see below) |

Debtor JoAnn Claeyssens brings this Omnibus Motion to Avoid the Judicial Liens of creditors: RECOVERY ANALYTICS, LLC, CREDITORS ADJUSTMENT BUREAU, and BLOOMFIELD LAW GROUP, INC. (hereinafter collectively "Creditors"), and alleges as follows:

I.
RELIEF REQUESTED

Debtors Paul Byatt Claeyssens and JoAnn Claeyssens through their attorney, hereby respectfully seeks an order avoiding the judicial liens of RECOVERY ANALYTICS, LLC, its agents or assignees, CREDITORS ADJUSTMENT BUREAU, and BLOOMFIELD LAW GROUP, INC., against the entirety of the real property and improvements of the debtors located at: 2300 D Street Extension, Petaluma, California (APN #019-120-012-000) (hereinafter "2300 D Street"). The Court previously avoided the liens of the Creditors as to the real property of the Debtors located at 3344 D Street Extension, Petaluma, California, however, the real property located at 2300 D Street had been foreclosed upon and the Court

therefore declined to avoid the judicial liens as to that real property. The Debtor has now redeemed the 2300 D Street property, and therefore seeks an order avoiding the above Creditors' Judicial Liens as to this property as well.

II.
MOTION

**1.** The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§1334 and 157. Furthermore, this is a "core" proceeding pursuant to 28 U.S.C. 157(b). This Motion is brought pursuant to 11 U.S.C. §522(f)(1)(A) and Federal Rule of Bankruptcy Procedure 4003(d).

**2.** Debtors filed Chapter 11 bankruptcy on April 13, 2019.

3. At the time of filing, debtors owned the following real property located in Sonoma County, California: 2300 D Street Extension, Petaluma, California (APN #019-120-012-000); 2400 D Street Extension, Petaluma, California (APN #019-120-011); and 3344 D Street Extension, Petaluma, California (APN #019-240-018-000); The Debtors' estate includes the entirety of the Property.

4. On or about November 18, 2019, Creditor Poppy Bank conducted a non-judicial foreclosure of the real property located at 2300 D Street Extension, Petaluma, California. The Debtor was able to redeem the property, and on or about March 9, 2020, the property was quit claimed back to the Debtor by Poppy Bank.

5. On or about December 29, 2014, Creditors Adjustment Bureau caused to be recorded an abstract of judgment in the amount of $18,909.30 with the Sonoma County Recorder, as document number 2014093002 which thus became a judicial lien against Debtors' real Property. A true and correct copy of the abstract of judgment is attached to the Declaration of JoAnn Claeyssens in Support of Motion to Avoid Judicial Lien filed concurrently herewith and incorporated herein by this reference.

6. On or about May 27, 2015, Bloomfield Law Group, Inc., caused to be recorded an abstract of judgment in the amount of $43,497.97 with the Sonoma County Recorder, as document number 2015045575 which thus became a judicial lien against Debtors' real Property. A true and correct copy of the abstract of judgment is attached to the Declaration of JoAnn Claeyssens in Support of Motion to Avoid Judicial Lien filed concurrently herewith and incorporated herein by this reference.

7. On or about May 12, 2016, Younge & Hockensmith, PC caused to be recorded an abstract of judgment in the amount of $55,376.30 with the Sonoma County Recorder, as document number 2016041112 which thus became a judicial lien against Debtors' real Property. A true and correct copy of the abstract of judgment is attached to the Declaration of JoAnn Claeyssens in Support of Motion to

2

Avoid Judicial Lien filed concurrently herewith and incorporated herein by this reference. On or about July 8, 2020, Younge & Hockensmith, PC transferred their interest in the judgment lien and claim to Recovery Analytics, LLC.

8. The Debtors have claimed exemptions in the Property as follows:

2300 D Street, Petaluma, CA - $9,000.00 exemption pursuant to California Code of Civil Procedure §703.140(b)(1).

9. The Debtors ask that the Court take judicial notice of the documents and schedules on file in this matter, in addition to each of the Proofs of Claim on file in this matter, and referenced herein and outlined below.

10. **2300 D Street** – The 2300 D Street property has the following liens and encumbrances senior to the Creditors:

$913,495.00 - Chase First Deed of Trust (Claim Number 9)

$420,000.00 – Second Deed of Trust (SK Photinia LLC [1])

$ 45,567.06 - Internal Revenue Service – (Claim Number 1)

$ 55,293.79 - Franchise Tax Board – (Claim Number 6)

$40,466.00 - Gene Sprowl – (Claim Number 19)

$6,887.00 - Hunt & Behrens (Claim Number 10)

$700,000.00 - WA Partners, et al (Claim Number 13)

$    9,000.00 -  Exemption

$2,181.708.85

Unsecured:

$ 18,909.30 – Creditor's Adjustment Bureau (Claim Number 18)

$ 43,497.00 - Bloomfield Law Group (Claim Number 11)

$ 55,376.30 – Younge & Hockensmith/Recovery Analytics (Claim Number 2)

The value of 2300 D Street as of the Petition date was approximately $1,700,000.00 as evidenced by the accompanying Declaration of JoAnn Claeyssens as to the valuation of Debtor's real

---

[1] SK Photinia LLC was granted a second-priority lien upon the 2300 D Street Property by order of this Court entered January 27, 2020 as Docket #205.

property, and the opinion of appraiser Don Angotti. There were two appraisals of the property conducted by appraiser Don Angotti, one appraised the value as of December 2018, as $1,600,000.00 (Docket 31-1). The subsequent opinion of Mr. Angotti appraised the value of the property as of June 10, 2019, as $1,700,000.00 (Docket No. 50). It is requested that the Court take judicial notice of the appraisals of Don Angotti, previously submitted to the Court and relied on in previously granting Poppy Bank relief from stay. Therefore, there is negative equity of more than $481.708.85 in the Property. The judicial lien of the Creditors impairs the Debtors' exemption.

11. 11 U.S.C. §522(f) permits a debtor to avoid a judicial lien on exempt property. A lien impairs an exemption to the extent that the judgment lien plus all other liens on the property exceed the value that the debtors' interest in the property would have in the absence of any liens. *In re Brantz* (Bank. E.D. Pa. 1989) 106 B.R. 62. Additionally, the court previously avoided the judicial lien of Creditors as to the real property located at 3344 D Street Ext., Petaluma, CA. Accordingly, the Debtors are entitled to avoid the judicial liens arising from the recordation of the Judgment Liens of Creditors and the attachment of the Debtors' Property in its entirety, as the liens impair an exemption to which the Debtors are entitled.

WHEREFORE, the debtor respectfully requests that the Court:

1. Avoid Recovery Analytics, LLC's judicial lien against the Debtors' Property located at 2300 D Street, Petaluma, CA;

2. Avoid Creditors Adjustment Bureau's judicial lien against the Debtors' Property located at 2300 D Street, Petaluma, CA;

3. Avoid the Bloomfield Law Group, Inc.'s judicial lien against the Debtors' Property located at 2300 D Street, Petaluma, CA; and

4. Grant the Debtors such other and further relief, at law or in equity, to which the Debtors may be justly entitled.

Respectfully submitted,

Dated: October 19, 2020  LAW OFFICE OF GINA R. KLUMP

BY:   /s/ Gina R. Klump
      Gina R. Klump
      Attorney for Debtor