**LAW OFFICE OF GINA R. KLUMP**
Gina R. Klump (State Bar No. 257753)
30 5th Street, Suite 200
Petaluma, CA  94952
Telephone:  (707) 778-0111

Attorney for Debtors
Paul Byatt Claeyssens and JoAnn Claeyssens

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re : | ) Case No.: 19-10241 RLE |
| | ) Chapter 11 |
| PAUL BYATT CLAEYSSENS and JOANN CLAEYSSENS, | ) |
| | ) **AMENDED NOTICE OF HEARING REGARDING OMNIBUS MOTION TO AVOID JUDICIAL LIENS UNDER 11 USC SECTION 522(f)** |
| Debtors. | ) |
| | ) DATE:  November 16, 2020 |
| | ) TIME:   11:00 am |
| _____ | ) PLACE:  Via Zoom Videoconference (see below) |

TO RECOVERY ANALYTICS, LLC, CREDITORS ADJUSTMENT BUREAU, and BLOOMFIELD LAW GROUP, INC. (hereinafter collectively "Creditors):

NOTICE IS HEREBY GIVEN that on November 16, 2020, at 11:00 am, or as soon thereafter as the matter can be heard, before the Honorable Roger L. Efremsky,  United States Bankruptcy Judge, via Zoom Videoconference a hearing will take place for the Court to consider the Amended Omnibus Motion to Avoid Judgment Liens Under 11 USC §522(f), served upon you on October 19, 2020.  If you object to the relief requested you should file an objection by November 2, 2020.

**All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.**

Dated: October 19, 2020                            LAW OFFICE OF GINA R. KLUMP

                                                                               BY: _/s/ Gina R. Klump_____
                                                                                   Gina R. Klump
                                                                                   Attorney for Debtors