**LAW OFFICE OF GINA R. KLUMP**
Gina R. Klump (State Bar No. 257753)
30 5th Street, Suite 200
Petaluma, CA 94952
Telephone: (707) 778-0111

Attorney for Debtors
Paul Byatt Claeyssens and JoAnn Claeyssens

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re : | Case No.: 19-10241 RLE |
| | Chapter 11 |
| PAUL BYATT CLAEYSSENS and JOANN CLAEYSSENS, | **DECLARATION OF JOANN CLAEYSSENS IN SUPPORT OF AMENDED OMNIBUS MOTION TO AVOID JUDICIAL LIENS UNDER 11 USC SECTION 522(f)** |
| Debtors and Debtors in Possession. | DATE: November 16, 2020 |
| | TIME: 11:00 am |
| | PLACE: Via Zoom Videoconference |

I, JoAnn Claeyssens, declare that if called to testify I could and would testify as follows:

1. I am one of the Debtors in this Chapter 11 proceeding.

2. At the time of filing my husband and I owned the following real property located in Sonoma County, California:

2300 D Street Extension, Petaluma, California (APN #019-120-012-000); 2400 D Street Extension, Petaluma, California (APN 019-120-011); and 3344 D Street Extension, Petaluma, California (APN 019-240-018-000).

3. I am informed and believe that on or about December 29, 2014, Creditors Adjustment Bureau caused to be recorded an abstract of judgment in the amount of $18,909.30 with the Sonoma County Recorder, as document number 2014093002. Attached hereto as Exhibit A is a true and correct copy of the recorded Abstract of Judgment.

1

4. I am informed and believe that on or about May 27, 2015, Bloomfield Law Group, Inc., caused to be recorded an abstract of judgment in the amount of $43,497.97 with the Sonoma County Recorder, as document number 2015045575. Attached hereto as Exhibit B is a true and correct copy of the recorded Abstract of Judgment.

5. I am informed and believe that on or about May 12, 2016, Younge & Hockensmith, PC caused to be recorded an abstract of judgment in the amount of $55,376.30 with the Sonoma County Recorder, as document number 2016041112. Attached hereto as Exhibit C is a true and correct copy of the recorded Abstract of Judgment. On or about July 8, 2020, Younge & Hockensmith transferred and assigned its interest in the claim to Recovery Analytics LLC.

6. On or about November 18, 2019, Creditor Poppy Bank conducted a non-judicial foreclosure of the real property located at 2300 D Street Extension, Petaluma, California. I was able to redeem the property (my home), and on or about March 9, 2020, the property was quit claimed back to me by Poppy Bank. I paid off Poppy Bank with a loan from SK Photinia LLC, who the Court granted a second priority lien by order entered January 27, 2020 as Docket #205.

7. On Schedule C of our Bankruptcy Schedules, my husband and I have claimed the following exemptions in the real property 2300 D Street, Petaluma, CA - $9,000.00 exemption pursuant to California Code of Civil Procedure §703.140(b)(1).

8. I am informed and believe, based upon conversations with real estate agents, and upon sales of comparable properties sold in the neighborhood, that the fair market value of the Property located at 2300 D Street, Petaluma, California, is $1,700,000.00, or less.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed by me on October 19, 2020, at Petaluma, California.

                                                                                              /s/JoAnn Claeyssens
                                                                                                JoAnn Claeyssens